Tyler L. Farmer (CA State Bar No. 212038)
CALFO HARRIGAN LEYH & EAKES LLP
999 Third Avenue, Suite 4400
Seattle, WA 98104
Telephone:   (206) 623-1700
Facsimile:    (206) 623-8717
Email:  tylerf@calfoharrigan.com

Richard J. Mooney (CA State Bar No. 176486)
BRYAN CAVE LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:  (415) 268-2000
Facsimile:  (415) 268-1999
Email:  richard.mooney@bryancave.com

Attorneys for Defendant / Counter Claimant
5BARZ INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA JOLLA COVE INVESTORS, INC., a California corporation,<br><br>　　　　Plaintiff / Counter Defendant,<br><br>　　vs.<br><br>5BARZ INTERNATIONAL, INC., a Nevada corporation, and DOES 1-10, inclusive,<br><br>　　　　Defendants / Counter Claimants. | No. CV 12-5333 SC<br><br>STIPULATION DISMISSING ACTION WITHOUT PREJUDICE AND WITHOUT AWARD OF ATTORNEYS' FEES OR COSTS |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED AND AGREED by Plaintiff / Counter Defendant La Jolla Cove Investors, Inc. and by Defendant / Counter Claimant 5Barz International, Inc., by and through their undersigned attorneys, that this action (including all claims and counterclaims) shall be dismissed without prejudice and without an award of attorneys' fees or costs to any party.

STIPULATION DISMISSING ACTION
WITHOUT PREJUDICE AND WITHOUT
AWARD OF ATTORNEYS' FEES OR COSTS -1
(CV 12-5333-SC)

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1   It is further stipulated that Judge Samuel Conti shall retain jurisdiction to interpret and enforce
2   the parties' settlement agreement, the terms of which are hereby incorporated into this Stipulation,
3   which jurisdiction includes, but is not limited to, the authority to enter a dismissal with prejudice or a
4   stipulated judgment at a later date as appropriate pursuant to the terms of said settlement agreement.
5   DATED this 9th day of January, 2013.

CALFO HARRIGAN LEYH & EAKES LLP

By  /s/ *Tyler L. Farmer*
    Tyler L. Farmer (CA State Bar No. 212038)
    Attorneys for Defendant / Counter Claimant
    5BARz International, Inc.

BRYAN CAVE LLP

By  /s/ *Richard J. Mooney*
    Richard J. Mooney (CA State Bar No. 176486)
    Attorneys for Defendant / Counter Claimant
    5BARz International, Inc.

DLA PIPER LLP (US)

By  /s/ *Adam Garson*
    Nicolas Morgan (CA State Bar No. 166441)
    Jennifer Feldman (CA State Bar No. 216645)
    Adam Garson (CA State Bar No. 240440)
    Attorneys for Plaintiff / Counter Defendant
    La Jolla Cove Investors, Inc.

DLA PIPER LLP (US)

By  /s/ *Deborah McCrimmon*
    Deborah McCrimmon (CA State Bar No. 229769)
    Attorneys for Plaintiff / Counter Defendant
    La Jolla Cove Investors, Inc.


IT IS SO ORDERED
Judge Samuel Conti
1/10/13
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

STIPULATION DISMISSING ACTION
WITHOUT PREJUDICE AND WITHOUT
AWARD OF ATTORNEYS' FEES OR COSTS -2
(CV 12-5333-SC)

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

**ATTESTATION:** Pursuant to N.D. Cal. General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from each signatory thereto.

                                  /s/ *Tyler L. Farmer*
                                       Tyler L. Farmer

STIPULATION DISMISSING ACTION
WITHOUT PREJUDICE AND WITHOUT
AWARD OF ATTORNEYS' FEES OR COSTS -3
(CV 12-5333-SC)

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

# CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Nicolas Morgan
> nicolas.morgan@dlapiper.com
> Jennifer Feldman
> jennifer.feldman@dlapiper.com
> Adam Garson
> adam.garson@dlapiper.com
> DLA PIPER LLP (US)
> 401 B Street, Suite 1700
> San Diego, CA 92101-4297
> T:  (619) 699-2700
> F:  (619) 699-2701
>
> Deborah McCrimmon
> deborah.mccrimmon@dlapiper.com
> DLA PIPER LLP (US)
> 555 Mission Street, Suite 2400
> San Francisco, CA 94105-2933
> T:  (415) 836-2500
> F:  (415) 836-2501
>
> ***Attorneys for Plaintiff / Counter Defendant La Jolla Cove Investors, Inc.***

> /s/ *Tyler L. Farmer*
> Tyler L. Farmer (CA State Bar No. 212038)
> CALFO HARRIGAN LEYH & EAKES LLP
> 999 Third Avenue, Suite 4400
> Seattle, WA 98104
> Telephone:  (206) 623-1700
> Facsimile:  (206) 623-8717
> Email:  tylerf@calfoharrigan.com
> ***Attorneys for Defendant / Counter Claimant 5BARz International, Inc.***

STIPULATION DISMISSING ACTION
WITHOUT PREJUDICE AND WITHOUT
AWARD OF ATTORNEYS' FEES OR COSTS -4
(CV 12-5333-SC)

LAW OFFICES
**CALFO HARRIGAN LEYH & EAKES LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717